

Handwritten note reads:

I'm sorry
New 2023 plan :)
- Get a gun
- Get a car
  or
  Get car fixed
- Get pacc
  - Start trap
- hurry up PC gaming
- get a new passport
- get 2 new false IDs
- Get ●● wify soon
- ● Cash out job
  or
- Any job that pays weekly
- Find [REDACTED] last name
  ~~get the [redacted]~~ bitch will DIE!! *(Isabelle Taylor)*

*Key points*
●- getting my car fixed means easy get away the car isn't reg
- A gun just in case I might need to kill myself It's not looking good
- Must Convince wife about Mexico (she needs her ___) (only last resort) I have other plans tho

*Remember this was or destiny all along you are a monster, 2 things are new. I can gain sailor Booh [?] nothing more!

GOVERNMENT EXHIBIT 1    3:23CR7   5/8/23